UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

DAVID LESPIER, SR.,

                Plaintiff,                         **ORDER**
                                                                          **10 CV 430 (JBW) (LB)**
      -against-

TODD D. GREENBERG and DEPARTMENT
OF CORRECTIONS,

                Defendants.
------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

Plaintiff requests that the Court compel defendants to produce specific documents. See Docket Entry 34. The Honorable Jack B. Weinstein referred plaintiff's request to me. Plaintiff's request is denied without prejudice. In this case, both defendants have filed a motion to dismiss in lieu of filing an answer. See Docket Entries 22 and 24. Therefore, discovery is stayed pending decision on defendants' motions. If plaintiff's complaint survives defendants' motions to dismiss, he may renew his request for defendants to produce these documents.

SO ORDERED.

                                                                        /S/

                                                      LOIS BLOOM
                                                      United States Magistrate Judge

Dated: July 15, 2010
       Brooklyn, New York